# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * *  <br>**J. STAR ENTERPRISES, INC.,**<br><br>            **Plaintiff,**<br><br>      **v.**<br><br>**UNITED STATES,**<br><br>            **Defendant.**<br>* * * * * * * * * * * * * * * * * * | *<br>*<br>*<br>*<br>*<br>*  **No. 20-645C**<br>*  **Filed: July 10, 2020**<br>*<br>*<br>*<br>*<br>* |

## O R D E R

The court is in receipt of plaintiff's July 10, 2020 notice of voluntary of dismissal without prejudice of the above-captioned case. Pursuant to Rule 41(a)(1)(A) of the Rules of the United States Court of Federal Claims (2019), this court **ORDERS** that this case be **DISMISSED** without prejudice.

    **IT IS SO ORDERED**.

                                                                           s/Marian Blank Horn<br>
                                                                   **MARIAN BLANK HORN**<br>
                                                                       **Judge**